UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRYAN DONEY,

           Petitioner,

     v.

STATE OF WASHINGTON,

           Respondent.

Case No. C06-5357FDB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 31st, day of July, 2006.

                               */S/ J. Kelley Arnold*
                               J. Kelley Arnold
                               United States Magistrate Judge